1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JENNIFER A. KENNEY
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8945
         Facsimile: (415) 744-0134
7        E-Mail: Jennifer.A.Kenney@SSA.gov
8
9  Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

#### SACRAMENTO DIVISION

| | |
|---|---|
| TAMMY J. WILCOX, | ) No. 2:14-cv-01636-DAD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST |
| | ) EXTENSION OF 30 DAYS FOR |
| vs. | ) DEFENDANT TO RESPOND TO |
| | ) PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, | ) JUDGMENT AND FILE HER CROSS- |
| Acting Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |
| | ) |

        IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record,

that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for

Summary Judgment and file her Cross-Motion for Summary Judgment.  This extension is

requested due to Defendant's counsel's exceptionally heavy workload at this time, including five

District Court briefings due and an oral argument scheduled in the next two weeks.  Defendant's

counsel also has multiple pre-hearing filings due to the Merit Systems Protection Board on April

24, 2015 and May 8, 2015 regarding an employment law matter in litigation.  The additional

1   time requested is needed to adequately research the issues Plaintiff has presented.  The current

2   due date is April 27, 2015.  The new due date will be May 27, 2015.

3          The parties further stipulate that the Court's Scheduling Order shall be modified

4   accordingly.

5

6                                          Respectfully submitted,

7

8   Dated: April 23, 2015              /s/ *Marc v. Kalagian
9                                      (*as authorized by email on Apr. 23, 2015)
10                                     MARC V. KALAGIAN
                                       LAW OFFICES OF ROHLFING & KALAGIAN, LLP
11                                     Attorney for Plaintiff

12

13  Dated: April 23, 2015              BENJAMIN B. WAGNER
                                       United States Attorney
14                                     DONNA L. CALVERT
                                       Regional Chief Counsel, Region IX,
15                                     Social Security Administration

16                          By:        /s/  Jennifer A. Kenney
17                                     JENNIFER A. KENNEY
                                       Special Assistant U.S. Attorney
18                                     Attorneys for Defendant

19

20                                     **ORDER**

21         Pursuant to the parties' stipulation, IT IS SO ORDERED.

22  Dated:  April 27, 2015

23

24                                     _____
                                       Dale A. Drozd
25                                     DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE
26  Ddad1\orders.soc sec
    wilcox1636.stip.eot.ord.docx

27

28